**O'BRIEN, BELLAND & BUSHINSKY, LLC**
509 S. Lenola Rd., Building 6
Moorestown, New Jersey 08057
(856) 795-2181
By:   Mark E. Belland, Esquire
       David F. Watkins Jr., Esquire
       Matthew B. Madsen, Esquire

*Attorneys for Petitioner*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION NO. 351, <br><br> *Petitioner*, <br><br> v. <br><br> KN ELECTRICAL CONTRACTOR, INC., d/b/a KN ELECTRICAL, <br><br> *Respondent*. | CIVIL ACTION NO. <br><br><br> Hon. <br><br> **ORDER CONFIRMING ARBITRATION AWARDS** |

**THIS MATTER** having come before the Court on Petition by O'Brien, Belland & Bushinsky, LLC, attorneys for Petitioner, the International Brotherhood of Electrical Workers, Local 351 pursuant to a Motion to Confirm Arbitration Awards by the Labor Management Committee; this Court having fully considered the moving papers and materials in support of and in opposition to the Motion, and the argument of counsel, if any; and it appearing to the satisfaction of the Court that the Court has jurisdiction over this matter, and that the Decisions and Orders and arbitration awards dated October 22, 2021, March 7, 2022, and March 25, 2022 and rendered by the Labor-Management Committee, were properly made and

that there is no basis for vacating, modifying, or correcting those awards; and it further appearing to the satisfaction of the Court that the arbitration awards were, pursuant to the terms of the Collective Bargaining Agreement, intended to be final and binding on the parties; and for good and sufficient cause shown;

**IT IS** on this ____14th____ day of __February__, 2023

**ORDERED, ADJUDGED, AND DECREED** that:

1. The October 22, 2021, March 7, 2022, and March 25, 2022 Decisions and Awards of the Labor Management Committees are attached as Exhibits F, G, and I, respectively, to the Petition of International Brotherhood of Electrical Workers, Local Union 351 Motion to Confirm the Arbitration Award be and hereby are **CONFIRMED** in their entirety;

2. The Clerk will enter this Court's judgment on these awards; and,

3. Costs of suit, as taxed by the Clerk, are awarded to Petitioner, International Brotherhood of Electrical Workers, Local Union 351.

KAREN M. WILLIAMS
UNITED STATES DISTRICT JUDGE