**O'BRIEN, BELLAND & BUSHINSKY, LLC**
509 S. Lenola Rd., Building 6
Moorestown, New Jersey 08057
(856) 795-2181
By:   Mark E. Belland, Esquire
       David F. Watkins Jr., Esquire
*Attorneys for Petitioner*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION NO. 351, <br><br>*Petitioner,*<br><br>v.<br><br>KN ELECTRICAL CONTRACTOR, INC., d/b/a KN ELECTRICAL,<br><br>*Respondent.* | CIVIL ACTION NO. 1:22-cv-04748-KMW-MJS<br><br><br><br>Hon. KAREN M. WILLIAMS, U.S.D.J.<br><br>**JUDGMENT ON CONFIRMED ARBITRATION AWARD** |

On January 16, 2023 this Court confirmed the award of the Labor Management Committee, the arbitrator in this matter, dated March 25, 2022, and attached to the Petition of International Brotherhood of Electrical Workers, Local Union 351 ("Local 351") in Support of the Motion to Confirm Arbitration Award. In its Order, the Court directed that Judgment be entered in conformity with the Arbitration Award. Therefore, **IT IS** on this ⎽⎽ day of ⎽⎽⎽⎽⎽, 2023,

**ORDERED, ADJUDGED, AND DECREED** that: Local 351 shall recover from KN Electrical Contractor, Inc. d/b/a KN Electrical **$1,366,166.28** in damages in accordance with the Arbitration Award.

**SO ORDERED.**

KAREN M. WILLIAMS, U.S.D.J.